398 A.2d 218

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Samuel Anthony RANERI.**

Superior Court of Pennsylvania.

Submitted Nov. 14, 1977.

Decided Feb. 28, 1979.

C. Gregory Frantz, Special Assistant District Attorney, Somerset, for Commonwealth, appellant.

James B. Yelovich, Somerset, for appellee.

Before WATKINS, President Judge, and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

PER CURIAM:

The appellee's Motion to Quash Appeal is denied. The orders of the lower court dated October 27, 1976 and October 28, 1976, are affirmed.

SPAETH, J., concurs in the result.

JACOBS and WATKINS, former President Judges, and HOFFMAN, J., did not participate in the consideration or decision of this case.